# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JASON TUCKER,**

    **Plaintiff,**

**v.**                                                                 **Case No. 1:21-cv-215-AW-GRJ**

**CLOVIS WATSON, JR.,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's April 29, 2022 Report and Recommendation. ECF No. 6. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 6) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders."

3. The clerk will then close the file.

SO ORDERED on June 2, 2022.

                                                                     s/ *Allen Winsor*
                                                                      United States District Judge